UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON P. DECKER and DEBRA A. DECKER,<br>Plaintiffs,<br>v.<br>KEYBANK, N.A. and DALE CONDER,<br>Defendants. | CASE NO. 2:26-cv-02647-TL<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES** |

## ORDER

Having considered the Parties' Stipulated Motion to Extend Briefing Deadlines on the Motion to Dismiss First Amended Complaint, the Court finds good cause for the requested relief in light of the complexity and significance of the issues raised, the substantial losses alleged, counsel's preexisting litigation and professional commitments, and the coordinated briefing schedule in the related action. The motion is GRANTED, and the Court ORDERS as follows:

**1.** The Deckers' opposition to the motion to dismiss is due December 21, 2026.

**2.** KeyBank's reply in support of the motion to dismiss is due January 11, 2027.



SPIRO HARRISON & NELSON LLC
100 Pearl Street, Suite 1803
New York, NY 10004
Phone: (646) 880-8850

**3.** The motion to dismiss is re-noted for consideration on January 11, 2027.

All other deadlines remain unchanged.

**IT IS SO ORDERED.**

DATED this 20th day of November 2026.

THE HONORABLE TANA LIN
United States District Judge



SPIRO HARRISON & NELSON LLC
100 Pearl Street, Suite 1803
New York, NY 10004
Phone: (646) 880-8850